IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL J. DIDIER                                              PLAINTIFF

v.                          Case No. 04-2233

SCHWAN FOOD COMPANY and
SCHWAN'S HOME SERVICE, INC.                                  DEFENDANTS

## **O R D E R**

On this 7th day of October 2005, there comes on for consideration Defendants' Motion for Bill of Costs (Doc. #30) and Plaintiff's Brief in Opposition. (Doc. #31). The Court, being well and sufficiently advised, finds that Defendants' Motion should be and hereby is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge