# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 05-3911

Daniel J. Didier,

Appellant

v.

Schwan Food Company and Swan's Home Service, INC.,

Appellees

------------------------------

American Association of Retired Person's, et al.,

Amici on behalf of Appellant

No: 05-3923

Daniel J. Didier,

Appellee

v.

Schwan Food Company and Swan's Home Service, INC.,

Appellants

------------------------------

American Association of Retired Person's, et al.,

Amici on behalf of Appellant

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 03 2007
JOHNSON, CLERK
DEPUTY CLERK

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:04-cv-2233-RTD)

## MANDATE

In accordance with the opinion and judgment of October 16, 2006, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 19, 2006

Clerk, U.S. Court of Appeals, Eighth Circuit